# EXHIBIT G

**PLACEHOLDER FOR ELECTRONIC FILE**

Wendy Baird Video

File name: "IMG_7513.MP4"

File type: M4A Video File

File size: 19.2 MB