# EXHIBIT N

# DECLARATION OF WENDY BAIRD (2)

I, Wendy Baird, declare as follows:

1. I am over eighteen years of age and legally competent to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to these facts if called as a witness.

3. I attended the Independence School District's Board of Education meeting on January 11, 2022.

4. I observed the presentation by Dr. Randy Maglinger at the meeting.

5. I heard Jason Vollmecke suddenly ask Dr. Maglinger why a class was being moved to virtual when he felt it should be in-person.

6. Superintendent Dale Herl responded to Jason that audience members are not allowed to ask questions during the meeting.

7. The meeting then proceeded without further interruption.

8. The exchange between Jason and Superintendent Herl was brief.

9. That night after the Board meeting, I posted a summary of the meeting to a Facebook group I created called "Independence, Mo., Education News and Information."

10. That summary is available here: https://www.facebook.com/IndependenceMoEducationNews/photos/pb.100066320568967.-2207520000/297472752441404

11. I included in my summary a short description of the exchange between Jason and Superintendent Herl. The attached PDF document marked Exhibit 1 reflects a complete and accurate reproduction of what I wrote about their exchange. *See* Exhibit 1 attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2023.

_Wendy E. Baird_
Wendy Baird

# EXHIBIT 1

facebook

Email or phone
Password
Log In
Forgot Account?

reflected what was happening everywhere right now.

Other items of note:

+ The Board approved course changes to the Program of Studies for the 2022-2023. The academies can be viewed at https://isdschools.org/academies-of-the-isd. At one point, an audience member asked why a class would be moved to virtual when he felt it should be in person. The superintendent told the attendee that questions were not allowed during the meeting, and the meeting continued. (Current board policy only allows for public comments if you have requested to speak a full week before the meetings. There are no other opportunities for public comment, and items listed on the agenda do not include more than a subject topic. For comparison, view North Kansas City's public board meeting information at https://go.boarddocs.com/mo/nkcsd/Board.nsf/Public versus ISD's at https://www.isdschools.org/board-meetings/.)

+ The Board approved certification of school board candidates for the April 5, 2022 election. Candidates are:
Jill Esry
Greg Gilliam
Anthony Mondaine
Jason Vollmecke
Matt Mallinson

+ The board approved the 2022-2023 calendar, with a student start date of Aug. 22 and end date of May 23.



ISD BOARD OF EDUCATION UPDATE
JAN. 11, 2022
@INDEPENDENCEMOEDUCATIONNEWS